UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

United States of America,

    v.

Shamel Hardy,

              Defendant.
------------------------------x

25-CR-94 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        On April 2, 2025, Federal Defender Andrew John Dalack was relived and substituted by the CJA duty attorney John Burke that was appointed to assume representation of the defendant.

        SO ORDERED.

Dated:    April 24, 2025

                                                            Lewis A. Kaplan
                                                  United States District Judge