UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

UNITED STATES OF AMERICA,

      -v-

SHAMEL HARDY,

              Defendant.

-------------------------------------------------x

25-CR-94 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      CJA attorney John Burke was relieved and today's CJA duty attorney, Megan Wolfe Benett, was substituted as counsel to defendant Shamel Hardy.

      SO ORDERED.

May 15, 2025

                                         Lewis A. Kaplan
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-25