# ◊ KREINDLER LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

mbenett@kreindler.com
(212) 973-3406

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/25

**Via ECF/CM and Email**                                    May 21, 2025

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *United States v. Shamel Hardy*

Dear Judge Kaplan:

This Court appointed me defense counsel for Shamel Hardy on Thursday May 15, 2025, substituting in for prior CJA counsel. ECF 13. Prior to my appointment, Mr. Hardy's previous attorney had filed a motion to suppress and an unsigned declaration in Mr. Hardy's name. ECF 12. Shortly after my appointment, on Monday, May 19, 2025, this Court docketed two pieces of *pro se* correspondence from Mr. Hardy received that same day, including what purports to be a declaration, and a supplement to defense counsel's briefing, both dated May 8, 2025. ECF 14 at 2, 3-6. In order to confer with Mr. Hardy, assess the prior filings particularly in light of the discovery regarding the relevant stop and seizure and determine whether to seek permission from this Court to submit any supplemental materials, I respectfully request an adjournment of the currently operative dates regarding the suppression motion.

Specifically, I ask this Court to allow defense counsel until May 27, 2025 to file any request to consider supplemental materials (which request would include those proposed supplemental materials) or address the filing of the *pro se* correspondence, and extend the time by which the Government has to oppose until June 10, 2025, with any defense reply due by June 17, 2025. Additionally, because I will be out of state on previously scheduled travel June 18-20 and June 25-July 3, I respectfully request that this Court adjourn the currently scheduled oral argument from June 18, 2025 to the afternoon of June 23, anytime June 24 or June 25 or sometime July 7 or later.

The Government has advised it does not object to the proposed scheduling adjustments.

SO ORDERED
/s/ Lewis A. Kaplan
LEWIS A. KAPLAN USDJ

Cc: All Counsel of Record via ECF/CM
    AUSA Daniel Roque, Esq. via Email

Respectfully,

*/s/ Megan W. Benett*
Megan W. Benett
Defense Counsel for Shamel Hardy

New York            Boston            Los Angeles