UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

SHAMEL HARDY.

    Defendant

NOTICE OF MOTION

25 CR 94

(LAK)

-------------------------------------------------X

    PLEASE TAKE NOTICE, that upon the annexed affirmation and memorandum of law of JOHN BURKE sworn to the 9th day of May 2025, and upon the indictment, and all other proceedings here, the defendant will move this Court, for an Order granting:

    1). A motion to suppress evidence seized from SHAMEL HARDY in violation of the Fourth and Second Amendments of the United States Constitution or in the alternative granting a hearing on the issues.

Dated: May 9, 2025
Brooklyn, New York

*Motion denied after hearing for reasons stated in open court 9/11/25 which may be amended in writing if necessary and appropriate.*

Respectfully Submitted,
/S/ John Burke
Attorney for Defendant
26 Court Street, Suite 2103
Brooklyn, New York 11242
(718) 875-3707

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
9/11/25

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-25