(25-CR-94)

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-19-25

RECEIVED
MAY 19 2025
JUDGE KAPLAN'S CHAMBERS

Dear Judge Kaplan

I am writing this letter with the enclosed affidavit, and the motion to suppress addressing the Probable cause and Burden shifting analysis that I have been asking my lawyer to include so that I am able to preserve my rights concerning these issues. I am requesting the court to add this motion to the record. I would like to note that I don't mean no disrespect to the court or to my attorney. I only want to preserve rights and don't know what else to do.

Shanyel Hardy

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-11-25

Motion denied. Defendant is represented by competent counsel. The Court declines to permit hybrid representation. E.g., United States v. Hage, 74 F.4th 90, 93-95 (2d Cir. 2023).

SO ORDERED
LEWIS A. KAPLAN
9/11/25