USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-29-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SHAMEL HARDY,

Defendant.

**ORDER**

25 Cr. 94 (LAK)

WHEREAS, with the consent of defendant Shamel Hardy, the defendant's guilty plea allocution was taken before United States Magistrate Judge Stewart D. Aaron on October 22, 2025;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated *Pimentel* letter, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for: _February 3, 2026_____.

**SO ORDERED.**

Dated:        New York, New York
              October 29, 2025

                                        _____
                                        HONORABLE LEWIS A. KAPLAN
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK