UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA ,

- v. -

SHAMEL HARDY,

Defendant.

------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-2-26

[proposed] ORDER

25 Cr. 94 (LAK)

IT IS HEREBY ORDERED that the March 3, 2026 sentencing hearing is adjourned until

March 25, 2026 at 11:30 am/pm. The Clerk shall terminate Dkts 53 and 54.

Dated: New York, New York
3/2, 2026

Lewis A. Kaplan
United States District Judge